## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SCRANTON HOUSING AUTHORITY,   :
                                  :

        **Plaintiff,**        :

  v.                             :    **3:23-CV-2138**
                                    :    **(JUDGE MARIANI)**

**FREDERICK LITTLE,**             :

                                    :

        **Defendant.**     :

**FILED**
**SCRANTON**

JAN 26 2024

PER _____DJ_____
DEPUTY CLERK

### ORDER

**AND NOW, THIS _26th_ DAY OF JANUARY, 2024,** upon review of Magistrate Judge Susan Schwab's Report & Recommendation ("R&R") (Doc. 6) for clear error or manifest injustice, **IT IS HEREBY ORDERED THAT:**

1.  The R&R (Doc. 6) is **ADOPTED** for the reasons stated therein.

2.  The above-captioned action is **REMANDED** to the Court of Common Pleas of Lackawanna County.

3.  The Clerk of Court is directed to **CLOSE** the federal action.

4.  The Clerk of Court is directed to mail a certified copy of this order of remand to the Clerk of Court of Common Pleas of Lackawanna County.

Robert D. Mariani
United States District Court Judge